IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| VS. | )   CR. NO. 06-00199-CG |
| | ) |
| MARTIN CHARLIE LARNEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b),Federal Rules of Criminal Procedure. (Docs.80, 82) and the defendant's response (Doc. 83). The United States asks the court to reduce the defendant's sentence by 50% off the low end of his guideline range because he provided substantial assistance in the investigation and prosecution of numerous other person, one of which was higher in the drug organization than Larney. The defendant responded, requesting more than the 50% recommended reduction.

Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion. Based upon all information presented, the court finds that the recommendation of the government provides for an appropriate sentence that adequately rewards the defendant for his substantial assistance while still meeting the statutory sentencing considerations.

Therefore, it is **ORDERED** that defendant **MARTIN CHARLIE LARNEY**'s sentence hereby is amended, and his term of imprisonment is reduced from 235 months to **118 months**. All other terms and conditions of the sentence and judgment remain the same.

**DONE and ORDERED** this 27th day of August, 2008

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE